**No. 49560.**—Protests 21510–K, etc., of John Alban & Co., Inc., et al. (New York).

Opinion by KEEFE, J.  It was stipulated that the cheese in question is similar to that the subject of Abstracts 42146, 42309, and 42178.  The protests were therefore sustained to this extent.